Appeal No. 12-14-00229-CR
IN THE
12th COURT of APPEALS
AT TYLER, TEXAS

Blake Gee # 1943254
(APPELLANT)
VS.
THE STATE OF TEXAS
(APPELLEE)



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR - 6 2015
elKM

TYLER TEXAS
CATHY S. LUSK, CLERK

Appeal CAUSE NO. 241-1861-13 From the 241st Judicial District Court of SMITH, County.

MOTION FOR Extension of Time to file APPELLANTS PRO-SE brief OR RESPONSE to Anders brief

To the Honorable Justices of the COURT of APPEALS:
COMES now Blake Gee #1943254, APPELLANT PRO-SE, And Respectfully moves the COURT to Extend the deadline for filing his brief by thirty Days. In Support, APPELLANTS would show the following:

I.

On July 10th 2014 The Judge found Appellant Guilty of Engaging In Organize criminal Activity. The Judge ASSESSED Punishment At 30 Years Imprisonment In the Texas DEPARTMENT of criminal Justices.

II.

On DECEMBER 22nd 2014, APPELLANT RECEIVED Notice by mail that this Appeal attorney filed An Anders brief on his behalf and notice that APPELLANT had the Right to file a PRO-SE brief OR RESPONSE to the Anders brief.

III.

On DECEMBER 22nd 2014, The APPELLANTS RECORD was first made Available to APPELLANT. the deadline for filing APPELLANTS brief OR RESPONSE is March 23rd 2015

## IV.

This is Appellants request for extension. Appellant is unable to meet the deadline for the following reasons:

A) Appellant is being denied access to the law library at the Hutchins State Jail facility.

B) Appellant has limited knowledge of the laws and penal codes books to which he needs to file said brief

C) Appellant needs more time to research and organize said gathered research matters to file brief.

## V.

For reason stated above, Appellant respectfully requests an additional 30 days to complete the pro-se brief or response in support of Appellants Appeal.

## VI.

Appellant prays the court grant this motion and extend the time to file Appellants pro-se brief or response by 30 days extending the deadline to April 23rd 2015 or whatever date the court deems.

Respectfully submitted,

B Cke Sest #1948254
Appellant Pro-Se
C/O Hutchins State Jail TDCJ
1500 E Langdon Rd
Dallas, TX 75241

## Certificate of Service

I hereby certify that on February 23th 2015, a true and correct copy of Appellants motion for extension to file his brief or response was mailed to the attorney for the state by first class mail addressed to Micheal J. West - Assistant District Attorney at 4th Floor, Courthouse-100 N Broadway Tyler, TX 75702

B Cke Sest #1948254
Appellant Pro Se

I, BLAKE CARRINGTON GEE #1943254, being PRESENTLY Incarcerated In the Hutchins unit of the Texas Department of Criminal Justice Institutional Division In Dallas county Texas VERIFY and DECLARE under Penalty of PERJURY that the foregoing statements ARE true and correct

Executed on this the 28th. Day of February, 2015

BLAKE GEE #1943254
APPELLANT PRO SE
C/O Hutchins Unit T.D.C.J
1500 E Langdon Rd
Dallas, Tx 75241